# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re ) | |
| ) | |
| 303 Investments, Inc. ) | Case No. 22-14267-JGR |
| Tax ID / EIN: 27-2141753 ) | |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |

## NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE THAT**, pursuant to Sections 102(1), 342, and 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure the undersigned hereby enters her appearance for the creditor, MS Man Debt, LLC ("MS Man Debt"), and requests that all notices given or required to be given in this chapter 11 case be given to and served upon the following:

Jennifer M. Salisbury
Markus Williams Young & Hunsicker LLC
1775 Sherman Street, Suite 1950
Denver, CO 80203
Telephone: (303) 830-0800
Facsimile: (303) 830-0809
JSalisbury@markuswilliams.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes the notices and papers referred to in the Bankruptcy Rules specified above, and also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, schedules of assets and liabilities, complaint or demand, plan or disclosure statement, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed, manually or electronically, with regard to the above captioned cases or proceedings therein.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) this party's right to have final orders in non-core matters entered only after de novo review by a district judge, (ii) this party's right to trial by jury in any proceeding so triable herein or any case, controversy or proceeding related hereto, (iii) this party's right to have the reference withdrawn by the District Court in any matter subject to mandatory discretionary withdrawal, (iv) for other matters not constitutionally authorized to be tried by the Bankruptcy Court, or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which this party

{Z0405300/1 }

is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments this party expressly reserves.

Respectfully submitted this 15th day of November, 2022.

        MARKUS WILLIAMS YOUNG &
        HUNSICKER LLC

        *s/Jennifer M. Salisbury*
        Jennifer M. Salisbury, #37168
        1775 Sherman Street, Suite 1950
        Denver, Colorado 80203
        Telephone (303) 830-0800
        Facsimile (303) 830-0809
        jsalisbury@markuswilliams.com
        *Counsel for MS Man Debt, LLC*

## CERTIFICATE OF MAILING

I hereby certify that on this 15th day of November, 2022, a true and correct copy of the forgoing pleading was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1 on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. as indicated below:

**Via CM/ECF:**

Aaron A Garber
agarber@wgwc-law.com

Alison E. Goldenberg
Alison.Goldenberg@usdoj.gov

**Via Regular Mail:**

303 Investments, Inc.
10940 S Parker Rd #616
Parker, CO 80134

        */s /Jessica Anderson*

{Z0405300/1 }