## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### Minutes of Electronically Recorded Proceeding

March 26, 2024             Honorable Joseph G. Rosania, Jr., Presiding
Courtroom B

| | |
|---|---|
| In re:<br><br>**303 INVESTMENTS, INC.**<br><br>Debtor. | Bankruptcy Case No. **22-14267-JGR**<br><br>Chapter 11 (Subchapter V) |

| Appearances: | | | |
|---|---|---|---|
| Debtor | 303 Investments, Inc. | Counsel | Aaron A. Garber |
| Creditor | Collegiate Peaks Bank | Counsel | William Ojile |
| Creditor | Hilltop Metropolitan District | Counsel | David M. Miller |
| Creditor | MS Man Debt, LLC | Counsel | Jennifer M. Salisbury |

**Proceedings:** In-person hearing on Second Amended Small Business Subchapter V Plan filed January 29, 2024 (Doc. 182), the Supplement thereto (Doc. 184), and Objections filed by Hilltop Metropolitan District (Doc. 199) and Collegiate Peaks Bank (Doc. 200) and regarding Motion to Convert Case from Chapter 11 to Chapter 7 filed by Collegiate Peaks Bank on February 13, 2024 (Doc. 189) and Objections thereto filed by the Debtor (Doc. 198) and MS Man Debt, LLC (Doc. 201).

Entry of appearances and statements/arguments made. All parties appeared in-person. Mr. Miller confirmed that the stipulation between the Debtor and Hilltop Metropolitan District resolved its objection to confirmation and he was excused from further participation in the matter.

Derrick Myers, President of 303 Investments, Inc., and Benjamin Martin, Senior Vice President—Commercial Lending Collegiate Peaks Bank, were sworn and testified as witnesses.

Exhibits entered. See attached list.

**Orders:**
The evidentiary hearing was concluded, and the matter taken under advisement.

BY THE COURT:
Kenneth S. Gardner, Clerk


By: S. Nicholls, Law Clerk

**Plaintiff's EXHIBITS**

| Exhibit | Description | Offered | Admitted | Comments |
|---|---|---|---|---|
| 1 | Second Amended Sub-Chapter V Plan of Reorganization Dated November 27, 2023 and any further amendments thereto | | | |
| 2 | Amended Summary of Voting Results (Docket No. 212) | | | |
| 3 | Case Docket Sheet | X | X | |
| 4 | Voluntary Petition, Schedules and Statement of Financial Affairs (Docket No. 1) | | | |
| 5 | Amendments made to the Schedules and Statement of Financial Affairs and the Notice thereto (Docket Nos. 54, 56, 57) | | | |
| 6 | Declaration in Support of Plan Confirmation (Docket No. 213) | X | X | |
| 7 | Sale Contract 5625 Freddys Trail | X | X | |
| 8 | Third Amended Sub-Chapter V Plan of Reorganization Dated March 25, 2024 | X | X | |

**Defendant's EXHIBITS**

| Exhibit | Description | Offered | Admitted | Comments |
|---|---|---|---|---|
| A | CPB Proof of Claim, including Loan Documents | X | X | |
| B | Loan Payoffs as of March 20, 2024 | X | X | |
| C | Debtor's Monthly Operating Report, ending February 29, 2024 | X | X | |